# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BAUER'S INTELLIGENT TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANPOWER, INC. and DOES 1-50, <br><br> Defendants. | Case No. 13-cv-03645 NC <br><br> **REFERRAL FOR REASSIGNMENT WITH RECOMMENDATION TO DISCHARGE ORDER TO SHOW CAUSE** <br><br> Re: Dkt. Nos. 5, 6 |

In accordance with this Court's show cause order, defendant Manpower, Inc. filed a response clarifying when it received notice that this action was removable. Manpower has stated that the May 24, 2013 state court complaint was never served on it. It was not until July 8, 2013 that Manpower received notice of the action and the facts that give rise to diversity jurisdiction. Accordingly, its notice of removal filed on August 6, 2013 was timely. But, Manpower also declined the jurisdiction of a magistrate judge. Because the undersigned magistrate lacks jurisdiction, the Court REFERS this case for reassignment to a district court judge. The Court RECOMMENDS that the order to show cause be discharged.

Any party may object to this recommendation within fourteen days. Fed. R. Civ. P. 72(b).

IT IS SO ORDERED.

Date: August 14, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge