IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAUERS INTELLIGENT TRANSPORTATION INC,<br><br>    Plaintiff,<br><br>  v.<br><br>MANPOWER INC,<br><br>    Defendant.<br>_____/ | No. C 13-03645 CRB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

    Magistrate Judge Cousins issued an Order to Show Cause (OSC) why removal was proper. See OSC (dkt. 3). Defendant Manpower Inc. timely responded to the OSC, explaining that it did not receive notice of the action until July 8, 2013, and that its removal on August 6, 2013 was therefore timely. See Response (dkt. 5). Defendant also declined the jurisdiction of a magistrate judge, see Declination (dkt. 6), and so Judge Cousins referred the case to this Court with a recommendation to discharge the OSC, see Referral (dkt. 7). Good cause appearing therefor, the Court hereby DISCHARGES the OSC.

    **IT IS SO ORDERED.**

Dated: October 16, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE