Mary Margaret Ryan, State Bar No. 127828
mryan@bishop-barry.com
David F. Beach, State Bar No. 94847
dbeach@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

Attorneys for Plaintiff BAUER'S INTELLIGENT TRANSPORTATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAUER'S INTELLIGENT TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANPOWER, INC., <br><br> Defendant. | Case No.: C 13-03645 NC <br><br> (PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

Having reviewed the Stipulation between plaintiff Bauer's Intelligent Transportation, Inc. and Defendant, which provides for the continuance of the Case Management Conference from November 8, 2013 until December 20, 2013 at 8:30 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Ave., San Francisco, California in order to allow the parties to continue settlement discussions without incurring additional costs and expense.

IT IS SO ORDERED that the Case Management Conference is continued to December 20, 2013 at 8:30 a.m.

Dated: October 30, 2013



Judge Charles R. Breyer

---

1

(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO.: C 13-03645 NC